# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

Case No. 15-1587

Big Time Auto Parts Manufacturing Inc. and Yao-Hung Huang

v.

Marklyn Group, Inc.

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Marklyn Group, Inc.

I represent the Appellee.

My address and telephone number are as follows:

> James A. Jablonski
> Law Office of James A Jablonski
> 1801 Broadway, Suite 1100
> Denver, CO 80202
> 303-292-0110 (Telephone)
> 303-292-0522 (Fax)
> jim@jablonski-law.com (email)

I am principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

Date admitted to Federal Circuit bar: 2013

This is not my first appearance before the United States Court of Appeals for the Federal Circuit.

Date:  May 12, 2015           /s     James A. Jablonski

Cc:   Aaron P. Bradford

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 12th day of May, 2015, I served on Appellant's via ECF a true and correct copy of the foregoing **ENTRY OF APPEARANCE** addressed to the following:

Aaron P. Bradford
Holland & Knight
633 17th Street, Suite 2300
Denver CO 80202

           s/   James A. Jablonski

             James A. Jablonski